MARK J. INGBER
The Ingber Law Firm
374 Millburn Avenue, Suite 301
Millburn, New Jersey 07041
Tel: (973) 921-0080
Attorney for the Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Trident Group, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>Starbuzz Tobacco, Inc.<br><br>       Defendant. | Civil Action No: |

**CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1**

    Plaintiff, Trident Group, LLC, by its attorney, states that it has no parent corporation and no publicly held corporation which owns more than 10% of its stock.

Dated: April 18, 2014
       Millburn, New Jersey

THE INGBER LAW FIRM

S/Mark J. Ingber
By: Mark J. Ingber, Esq.
Attorney for the Plaintiffs
374 Millburn Avenue, Suite 301
Millburn, New Jersey 07041
Tel: (973) 921-0080
Ingber.law@verizon.net