FILED
2015 MAR 18 PM 1:55

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Trident Group, LLC

PLAINTIFF(S)

v.

Starbuzz Tobacco, Inc.

DEFENDANT(S).

CASE NUMBER

SACV15-00386 JLS (RNBx)

**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES)**

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

3/17/15
Date

Andrew J. Guilford
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
Date

_____
United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  SACV14-01553 AG (DFMx)  and the present case:

- [✓] A.  Arise from the same or closely related transactions, happenings or events; or
- [✓] B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge  Robert N. Block  to Magistrate Judge  Douglas F. McCormick  .

On all documents subsequently filed in this case, please substitute the initials  AG (DFMx)  after the case number in place of the initials of the prior judge, so that the case number will read  SACV15-00386 AG (DFMx)  . This is very important because the documents are routed to the assigned judges by means of these initials

cc: [✓] Previous Judge    [ ] Statistics Clerk

CV-34 (06/14)     ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (Related Cases)